# EXHIBIT - A

From: William Strampel
Sent: Wednesday, July 30, 2014 9:28 AM
To: Larry Nassar
Subject: RE: My situation

Larry,

Thanks and as per our conversation yesterday I am glad we have agreed to the following:

1) We will have another person, (resident, nurse, etc) in the room whenever we are approaching a patient to preform procedures of anything close to a sensitive area.
2) The procedure which caused the patient emotional distress because of her interpretation will be modified in the future to be sure that there is little to no skin to skin contact when in these regions. Should this be absolutely necessary, the procedure will be explained in detail with another person in the room for both the explanation and the procedure.
3) New people in our practice will be oriented to be sure they understand these requirements.

I am happy this has resolved to some extend and I am happy to have you back in full practice.

Bill