IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | | |
|---|---|---|
| JANE DOE MJ | ) | Case No. 1:18-cv-00616-GJQ-ESC |
| | ) | |
| Plaintiff, | ) | |
| | ) | Hon. Gordon J. Quist |
| v. | ) | |
| | ) | |
| MICHIGAN STATE UNIVERSITY, et al., | ) ) | |
| | ) | |
| Defendants. | ) | |
| | ) ) | |

**STIPULATED ORDER TO ADJOURN DEADLINE TO RESPOND TO COMPLAINT**

Plaintiff, by their undersigned attorneys, and Defendants Michigan State University, Michigan State University Board of Trustees, Michigan State University Sports Medicine Clinic, Kathie Klages, Dr. Jeffrey Kovan, Dr. Douglas Dietzel, and Destiny-Teachnor-Hauk, (collectively the "MSU Defendants") by their undersigned attorneys, state as follows:

The parties stipulate that the deadline for the MSU Defendants to respond to the complaint by way of answer or otherwise, is adjourned for 60 days from the date of this order.

**SO ORDERED,** on this 28th day of June, 2018

BY:

           /s/ Gordon J. Quist
           Hon. Gordon J. Quist
           U.S. District Judge

STIPULATED BY:

| | |
|---|---|
| Kiousis Law PC<br>1985 West Big Beaver Road, Ste. 300<br>Troy, MI 48084<br>(248) 637-6560<br><br>/s/ Efstathios T. Kiousis (w/ permission)<br>Efstathios T. Kiousis (P46573)<br><br>*Attorneys for Plaintiffs* | Skadden Arps Slate Meagher & Flom LLP<br>155 N Wacker Dr., Ste. 2700<br>Chicago, IL 60606-1720<br>(312) 407-0700<br><br>/s/ Patrick Fitzgerald<br>Patrick J. Fitzgerald<br><br>Miller Canfield Paddock & Stone PLC<br>One Michigan Ave., Ste. 900<br>Lansing, MI 48933<br>(517) 487-2070<br><br>/s/ Scott R. Eldridge<br>Scott R. Eldridge (P66452)<br><br>*Attorneys for Defendants Michigan State University and Michigan State University Board of Trustees, and Michigan State University Sports Medicine Clinic* |
| | Hickey Hauck Bishoff & Jeffers, PLLC<br>One Woodward Ave., Ste. 2000<br>Detroit, MI 48226<br>(313) 964-8600<br><br>/s/ Patrick F. Hickey (w/ permission)<br>Patrick F. Hickey (P36648)<br><br>*Attorneys for Defendants Kathie Klages, Douglas Dietzel, and Destiny Teachnor-Hauk* |

|  | Kerr Russell & Weber PLC<br>500 Woodward Ave., Ste. 2500<br>Detroit, MI 48226-3427<br>(313) 961-0200<br><br> /s/ Fred K. Herrmann (w/ permission)<br>Fred K. Herrmann (P49519)<br><br>*Attorneys for Defendant Jeffrey Kovan* |

31662947.1\060505-00040